**Paul Cleveland THOMPSON,
Jr., Plaintiff–Appellant,**

v.

**M. WADE, Sheriff; D. Royal, Supervisor Classification; Mr. Walker, Classification and others to be named later; Deputy Ferguson, Defendants–Appellees,**

**and**

**Gene M. Johnson, Director of Virginia Department of Corrections (DOC) in their individual and official capacities; Henrico County Municipality, Defendants.**

**No. 11–6233.**

United States Court of Appeals,
Fourth Circuit.

Submitted: May 26, 2011.

Decided: June 1, 2011.

Paul Cleveland Thompson, Jr., Appellant Pro Se. Lisa H. Leiner, Harman, Claytor, Corrigan & Wellman, Richmond, Virginia, for Appellees.

Before KING, SHEDD, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Cleveland Thompson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Thompson v. Wade*, No. 2:10–cv–00174–RBS–TEM (E.D.Va. Jan. 18, 2011). We deny Thompson's motion for a declaratory judgment and for a preliminary and a permanent injunction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*